

FILED

02/02/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0354

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0354

_____

IN RE THE MARRIAGE OF:

JILLIAN M. KNOLL,

      Petitioner and Appellee,

                                            O R D E R

      v.

BUDDY D. VALENTINE,

      Respondent and Appellant.

_____

      Appellant Buddy D. Valentine has filed a motion for a 60-day extension of time within which to file his opening brief.

      IT IS HEREBY ORDERED that motion is GRANTED. Appellant's brief shall be filed on or before March 29, 2021.

      No further extensions will be granted.

      DATED this _____ day of February, 2021.

                                      For the Court,

                                By _____
                                        Chief Justice



FILED

FEB 02 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana